**Exhibit B**

**Listing of the APA Contracts**

# Exhibit B

# Listing of the APA Contracts

- Department of the Army, Futures and Concepts Center (formerly ARCIC) New Generation Warfare Study Plan and Event Advisors IDIQ (and task orders) (IDIQ contract #W911S0-17-D-0022)

- General Services Administration Professional Services Schedule (contract #GS10F0212S) (and all BPAs and task orders to include the Department of Veteran Affairs, Veterans Benefits Administration, Training Design and Development Blanket Purchase Agreement {contract # VA101V-17-A-0006})

- General Services Administration, Human Capital and Training Solutions (HCaTS) IDIQ Government-wide vehicle (contract #GS02Q17DCR0007)

- All other contracts not specifically listed as an Excluded Asset in Section 1.9 of the Asset Purchase Agreement