**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **ABRAMS LEARNING AND** | * | **Case No. 19-10725-KHK** |
| **INFORMATION SYSTEMS, INC.,** | * | Chapter 11 |
| | * | |
| Debtor. | * | |

### NOTICE OF EXPEDITED HEARING ON DEBTOR'S MOTIONS

**Abrams Learning and Information Systems, Inc.**, by counsel, has filed: (i) a motion seeking to Approve Assumption And Assignment Of Contracts And Sale Of Assets Free And Clear Of Liens, Claims, And Interests Under 11 U.S.C. §§ 105, 363, and 365 [Docket No. 124] (the "**Sale and Assumption Motion**"); a proposed order to approve the Sale and Assumption Motion [Docket No. 126]; and (ii) a motion seeking to Extend Exclusivity and Time to File A Chapter 11 Plan [Docket No. 127] (the "**Plan Extension Motion**"). The Sale and Assumption Motion and the Plan Extension Motion are referred to herein collectively as the "**Motions**"). Abrams Learning and Information Systems, Inc. also requested that the Court schedule an expedited hearing on the [Docket No. 128]. The Court granted the request for expedited hearing, which will be held at the date and time stated below. [Docket No. 129].

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in any of the Motions, or if you want the court to consider your views on any of the Motions, then you or your attorney must attend the hearing scheduled on the Motions. The hearing on the Motions is scheduled to be held on **Thursday, December 19, 2019, at 1:30 P.M.**, at the United States Bankruptcy Court, 200 South Washington Street (Courtroom III, 3rd Floor), Alexandria, Virginia 22314.

**OBJECTIONS TO ANY OF THE MOTIONS MAY BE PRESENTED ORALLY AT THE HEARING.**

---

**ALEXANDER M. LAUGHLIN (VSB No. 25237)**
**BRADLEY D. JONES (VSB No. 85095)**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Laughlin: 703-218-2134**
**Jones:     703 218-2176**
**Fax:       703-218-2160**
**Email:     alex.laughlin@ofplaw.com**
**Email:     Brad.Jones@ofplaw.com**

*Counsel for the Debtor and Debtors in Possession*

If you or your attorney do not attend the hearing on the Motions, the court may decide that you do not oppose the relief sought in the Motions and may enter an order granting that relief.

Dated:   December 17, 2019              Respectfully submitted,

                                            /s/ *Bradley D. Jones*
                                 **ALEXANDER M. LAUGHLIN (VSB No. 25237)**
                                 **BRADLEY D. JONES (VSB No. 85095)**
                                 **ODIN FELDMAN & PITTLEMAN PC**
                                 **1775 Wiehle Avenue, Suite 400**
                                 **Reston, Virginia 20190**
                                 **Laughlin: 703-218-2134**
                                 **Jones:      703 218-2176**
                                 **Fax:         703-218-2160**
                                 **Email:     alex.laughlin@ofplaw.com**
                                 **Email:     Brad.Jones@ofplaw.com**

*Counsel for Debtor and Debtor-in-Possession*

## CERTIFICATE OF SERVICE

I certify that this Notice, a copy of the Motions, any exhibits, and proposed orders were served on December 17, 2019, (i) electronically upon all registered users pursuant to this Court's CM/ECF procedures, (ii) electronically (email) upon the, Office of the U. S. Trustee, at Joseph.A.Guzinski@usdoj.gov, Jack.I.Frankel@usdoj.gov, and ustpregion04.ax.ecf@usdoj.gov, (iii) by first-class mail, postage prepaid <u>and</u> facsimile, electronic mail, or federal express overnight delivery upon the persons identified on the attached service list.

                                            /s/  *Bradley D. Jones*
                                            **BRADLEY D. JONES**

#4486712v1   088398/000002