INTERNAL REVENUE SERVICE
P.O. BOX 9011
HOLTSVILLE, NY 11742

MARYLAND DEPARTMENT OF TAXATION
301 W PRESTON ST
BALTIMORE, MD 21201

KANSAS DEPARTMENT OF TAXATION
PO BOX 758572
TOPEKA, KS 66675-8572

MISSOURI DEPARTMENT OF TAXATION
301 WEST HIGH STREET
JEFFERSON CITY, MO 65101

VIRGINIA DEPARTMENT OF TAXATION
P.O. BOX 1115
RICHMOND, VA 23218-1115

ELIZABETH A. BAUERNSHUB
5110 ALTHEA DRIVE
ANNANDALE, VA 22003

JAMES K. GREER, JR.
14345 NORTHWEST 66TH ST
PARKVILLE, MO 64152

ROBERT J. JEFFERIS
13156 PIEDMONT VISTA DRIVE
HAYMARKET, VA 20169

JOHN H. DALY
6525 JAY MILLER DRIVE
FALLS CHURCH, VA 22041

NOEL A. NAYLOR
6806 MURRAY LANE
ANNANDALE, VA 22003

AMTIS, INC.
12124 HIGH TECH AVE., STE 150
ORLANDO, FL 32817

CRANDALL CONSULTING
1617 MERCER CT
YELLOW SPRINGS, OH 45387

BRAD HARRIS
534 CRANBROOK PARK
GARLAND, TX 75043

CECELIA R. ABRAMS
6337 RIVER DOWNS ROAD
ALEXANDRIA, VA 22312

CONCUR TECHNOLOGIES
1550 UTICA AVE., S.
ST. LOUIS PARK, MN 55416

CHAMPION NETWORKS, LLC
1081 MERE POINT RD
BRUNSWICK, ME 04011

CITICARD COSTCO REWARDS
P.O. BOX 6500
SIOUX FALLS, SD 57117

CONCUR TECHNOLOGIES, INC.
WORLD / NORTH AMERICAN HEADQUARTERS
ATTN: LEGAL DEPARTMENT
601 108TH AVE NE, SUITE 1000
BELLEVUE, WA 98004

CJM WEALTH ADVISORS
11320 RANDOM HILLS RD, STE 250
FAIRFAX, VA 22030

CSC LEASING
6806 PARAGON PLACE, STE 170
RICHMOND, VA 23230

CENTRIC BUSINESS SYSTEMS
PO BOX 75222
BALTIMORE, MD 21275-5222

VALIANT INTEGRATED SERVICES
3940 RUFFIN ROAD, SUITE C
SAN DIEGO, CA 92123

GEORGE F. LYNCH JR. P.C.
700 PRINCESS ST, STE 200
ALEXANDRIA, VA 22314

PRICE WATERHOUSE COOPER
P.O. BOX 7247-6037
PHILADELPHIA, PA 19170-6037

CECELIA ABRAMS
FOR THE ESTATE OF JOHN N. ABRAMS
6337 RIVER DOWNS ROAD
ALEXANDRIA, VA 22312

REED SMITH
P.O. BOX 75318
BALTIMORE, MD 21275-5318

CATHEXIS CORPORATION
3190 FAIRVIEW PARK DRIVE
SUITE 1050
FALLS CHURCH, VA 22042

LEON RIOS
13832 GREENDALE DRIVE
WOODBRIDGE, VA 22191

COGENT COMMUNICATIONS
2450 N. STREET, N.W.
WASHINGTON, D.C. 20037

CORESITE, LP
P.O. BOX 74338
CLEVELAND, OH 44194-4338

| | | |
|---|---|---|
| ROBERT COULTER, ASSISTANT UNITED STATES ATTORNEY<br>JUSTIN W. WILLIAMS UNITED STATES ATTORNEY'S BUILDING<br>2100 JAMIESON AVE<br>ALEXANDRIA, VA 22314 | WILLIAM BARR<br>ATTORNEY GENERAL OF THE UNITED STATES<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | U.S. SECURITIES AND EXCHANGE COMMISSION<br>JAY CLAYTON CHAIRMAN<br>100 F ST NE<br>WASHINGTON, DC 20549 |
| G. ZACHARY TERWILLIGER UNITES STATES ATTORNEY FOR THE EASTERN DISTRICT OF VIRGINIA<br>JUSTIN W. WILLIAMS UNITED STATES ATTORNEY'S BUILDING<br>2100 JAMIESON AVE<br>ALEXANDRIA, VA 22314 | MARIA D. NELSON, CONTRACTING OFFICER, DCMA MANASSAS<br>14501 GEORGE CARTER WAY<br>CHANTILLY, VA 20151 | RYAN D. MCCARTHY<br>SECRETARY OF THE ARMY<br>101 ARMY PENTAGON<br>WASHINGTON, DC 20310-0101 |
| ANADELSA ECKLES<br>CONTRACTING OFFICER<br>GENERAL SERVICES ADMINISTRATION<br>ONE WORLD TRADE CENTER, 55TH FLOOR<br>NEW YORK, NY 10007 | CHRISTINE M. CRAWLEY<br>CONTRACTING OFFICER<br>MICC-FORT EUSTIS<br>705 WASHINGTON BLVD., SUITE 126<br>FORT EUSTIS, VA 23604 | LISA L. DELANEY<br>CONTRACTING OFFICER<br>GSA/FAS/QVOCE<br>401 WEST PEACHTREE STREET<br>ATLANTA, GA 30308 |
| MEGAN L. HELM<br>SUPERVISORY CONTRACTING OFFICER<br>DEPT. OF VETERANS BENEFITS ADMIN, OFFICE OF ACQUISITION<br>1800 G. STREET, N.W.<br>WASHINGTON, D.C. 20006 | EMILY W. MURPHY, CHIEF EXECUTIVE<br>U.S. GENERAL SERVICES ADMINISTRATION<br>1800 F STREET, NW<br>WASHINGTON, DC 20405 | T.S. MARSHALL & ASSOCIATES, INC.<br>2030 WESTERN AVENUE<br>SUITE 312<br>SEATTLE, WA 98121 |
| ROBERT WILKIE,<br>SECRETARY OF VETERANS AFFAIRS<br>810 VERMONT AVE NW<br>WASHINGTON, DC 20571 | INNOVATIVE EMERGENCY MGMT<br>2801 SLATER ROAD<br>SUITE 110<br>MORRISVILLE, NC 27560 | GSA, MANAGEMENT SERVICES CENTER<br>400 15TH STREET, N.W., ROOM 2757<br>AUBURN, WA 98001 |
| AE STRATEGIES, LLC<br>1616 ANDERSON ROAD<br>SUITE 227<br>MCLEAN, VA 22102 | AE STRATEGIES, LLC<br>1751 PINNACLE DR<br>MCLEAN, VA 22102 | U.S. ARMY<br>Attn: ARCHITECTURE INTEGRATION & MTG @ FORT EUSTIS<br>950 JEFFERSON AVENUE<br>FORT EUSTIS, VA 23604 |
| U.S. TRUSTEE<br>JOHN P. FITZGERALD, III<br>OFFICE OF THE U.S. TRUSTEE - REGION 4<br>1725 DUKE STREET<br>SUITE 650<br>ALEXANDRIA, VA 2231 | JACK I. FRANKEL<br>OFFICE OF THE U.S. TRUSTEE<br>1725 DUKE STREET, SUITE 650<br>ALEXANDRIA, VA 22314 | JOSEPH A. GUZINSKI<br>OFFICE OF THE U.S. TRUSTEE<br>1725 DUKE STREET, SUITE 650<br>ALEXANDRIA, VA 22314 |